IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAYSON WAYNE CARROLL                                    PETITIONER

vs.                              CASE NO.: 5:08CV00029 BSM

LARRY NORRIS, Director
Arkansas Department of Correction                      RESPONDENT

### ORDER

On May 21, 2008, the Magistrate Judge issued his Proposed Findings and Recommended Disposition recommending that the petition for habeas corpus be dismissed due to Petitioner's failure to pay the $5.00 filing fee by May 2, 2008 as directed by the court.  Petitioner has filed an objection with supporting documents showing that he submitted the $5.00 check to the Clerk's Office but that it was made payable to the wrong person.

In light of Petitioner's response, the court rejects the proposed Findings and Recommended Disposition.  Petitioner shall have eleven days from the date of this Order to pay the $5.00 filing fee.  The case is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED this 11th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE