IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAYSON WAYNE CARROLL                                                    PETITIONER
ADC #135507

V.                              NO. 5:08cv00029 JWC

LARRY NORRIS, Director,                                                 RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus and dismissing this action in its entirety, with prejudice.

IT IS SO ORDERED this 27th day of January, 2009.


_____
UNITED STATES MAGISTRATE JUDGE